UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Carol Peterson,

        Plaintiff,         Civil No. 09-2565 (RHK/RLE)

vs.

**ORDER**

Nelson, Hirsch & Associates, LLC,

        Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 22, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge