# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Carol Peterson, | Civil No. 09-2565 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| vs. | |
| Nelson, Hirsch & Associates, LLC, | |
| Defendant. | |

Based on the parties' Stipulation (Doc. No. 9), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 5, 2010

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
